UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20035

UNITED STATES OF AMERICA

v.

LUCAS SEDENO RODRIGUEZ et al.,

    Defendants.
_____/

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE DEFENDANT JOSE LUIS VILLARES'S ARRAIGNMENT

The United States of America, through the undersigned Assistant United States Attorney, submits this unopposed motion for the Court to continue the Preliminary Hearing and Arraignment for Defendant Jose Luis Villares, currently set for February 4, 2025, through at least February 11, 2025, and as good cause states as follows:

1. The Defendant is charged by Indictment with transporting aliens in the United States and conspiracy thereof, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(I).

2. The Defendant made his initial appearance on January 21, 2025. *See* Minute Order, ECF No. 5. The Court also appointed Nayib Hassan to represent the Defendant. *Id.* Shortly thereafter, the parties agreed to a bond. *See* Minute Order, ECF No. 20.

3. On January 29, 2025, Mr. Villares was released from federal custody and was immediately transported to ICE Krome Detention Center.

4. Pursuant to Fed. R. Crim. P. 5.1(a)&(c), the Court must conduct a Preliminary Hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody unless, among other provisions, the defendant waives preliminary hearing

1

or an indictment is filed. Alternatively, pursuant to Fed. R. Crim. P. 5.1(d), the Court may extend the 14-day timeframe, if the defendant consents, upon a showing of good cause; or, if the defendant does not consent, "on showing extraordinary circumstances exist and justice requires the delay."

5. Here, on February 4, 2025, the undersigned conferred in-person with counsel of record for the Defendant, who advised that the Defendant consents to this proposed continuance. As good cause for the continuance, Mr. Villares was unable to be transported from Krome Detention Center to the U.S. Marshalls on time for his arraignment. The United States moves for this continuance to have more time to transport Mr. Villares for his arraignment.

6. In court today, February 4, 2025, the Honorable Judge Sanchez granted the United States' oral motion for continuance based on the representations above. Undersigned counsel informed the Court that a written motion would follow.

[SPACE INTENTIONALLY LEFT BLANK.]

7. For the reasons stated above, the United States respectfully requests that the Court grant this Motion and find that there is good cause to continue the Arraignment until at least February 11, 2025.

                              Respectfully submitted,

                              HAYDEN P. O'BYRNE
                              UNITED STATES ATTORNEY

By:           /s/Andres E. Chinchilla
                   Andres E. Chinchilla
                   Assistant United States Attorney
                   Special Bar No. A5503151
                   99 N.E. 4th Street
                   Miami, FL 33132
                   (305) 961-9102
                   Andres.Chinchilla2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 4, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

By: _/s/ Andres E. Chinchilla_
Andres E. Chinchilla
Assistant United States Attorney