**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20035**

**UNITED STATES OF AMERICA**

v.

**LUCAS SEDENO RODRIGUEZ et al.,**

    **Defendants.**
_____/

**ORDER CONTINUING PRELIMINARY HEARING AND ARRAIGNMENT**

**THIS CAUSE** comes before the Court on the United States' Unopposed Motion to Continue Preliminary Hearing and Arraignment for Defendant Jose Luis Villares. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

Pursuant to Fed. R. Crim. P. 5.1(d), the Court finds that there is good cause to continue the Preliminary Hearing and Arraignment until February 11, 2025.

The Preliminary Hearing and/or Arraignment for Defendant Jose Luis Villares is hereby continued and reset for February 11, 2025, at 10 a.m. before the duty magistrate judge.

DONE AND ORDERED in Miami, Florida, this ___ day of February, 2025.

 

                                                   _____
                                                   HONORABLE EDUARDO I. SANCHEZ
                                                   UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record